IN THE UNITED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY JONES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. HAGAN, et al. | : | NO. 07-5193 |

ORDER

AND NOW, this 13th day of April, 2011, whereas this matter was consolidated with Civil Action 07-4565, and whereas the consolidated cases were dismissed by order of October 26, 2009, IT IS HEREBY ORDERED that this case is CLOSED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.