**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TIMOTHY JONES, derivatively on behalf of Nutrisystem, Inc.** | : | **CIVIL ACTION** |
| **v.** | : | |
| **MICHAEL J. HAGAN, et al.** | : | **NO. 07-cv-5193** |

**ORDER**

**AND NOW**, this 18th day of April, 2011, it appearing to this court that 07-cv-5193 was consolidated for all purposes with 07-cv-4565 on December 21, 2007, and

it further appearing that 07-cv-4565 was terminated in this court on October 26, 2009, it is hereby

**ORDERED** that 07-cv-5193 is terminated, effective October 26, 2009, *nunc pro tunc*, and, it is further

**ORDERED** that the Clerk of this Court shall close 07-cv-5193 for statistical purposes, effective October 26, 2009, *nunc pro tunc*.

**MARY A. McLAUGHLIN, J.**